

*The minutes below are in draft form, subject to approval by the Legislative Post Audit Committee at a later meeting.*

## DRAFT MINUTES
## Legislative Post Audit Committee
## April 22, 2022

**Call to Order**

**Welcome** – The meeting was called to order by Chairman Rob Olson at 10:00 a.m. in Room 582-N of the Statehouse. Committee members present:

| | |
|---|---|
| Sen. Rob Olson, Chairman | Rep. John Toplikar, Vice Chair |
| Sen. Ethan Corson | Rep. John Barker |
| Sen. Mike Thompson | Rep. Tom Burroughs |
| Sen. Caryn Tyson | Rep. Jason Probst |
| Sen. Mary Ware | Rep. Kristey Williams |

**Performance Audits and Evaluations**

**Driver's License Suspensions (Limited Scope)** – Cade Graber, Auditor, presented the findings from the two limited-scope audits and answered questions from the committee. Lacey Black, Driver Solutions Manager at the Kansas Department of Revenue, answered questions from the committee.

**Follow Up Audit (Limited Scope)** – Mohri Exline, Auditor, presented the findings from the audit and answered questions from the committee.

**Tax Credit Scholarship Program (Limited Scope)** – Mohri Exline, Auditor, presented the findings from the audit and answered questions from the committee.

**School District Social Workers (Limited Scope)** – Tanner Rohrer, Auditor, presented the findings from the audit and answered questions from the committee.

These audits will be distributed to all legislators.

**Consent Calendar**

Kristen Rottinghaus, Deputy Post Auditor, reviewed the consent calendar. The consent calendar included approval of the March 30 meeting minutes

1.

and acceptance of the completed performance audits presented at today's meeting. There were no objections, so the items were approved.

**Performance Audit Requests for the Upcoming Year**

Kristen Rottinghaus, Deputy Post Auditor, reviewed for members the performance audit requests submitted during the session.

Kristen reviewed the list of 13 audit requests for members and suggested they select about 6 proposals. The Chair entertained motions to authorize audit projects for the coming year.

6L – Evaluating Groundwater Management Districts' Efforts to Conserve Water. Representative Highland and Representative Vaughn spoke on behalf of their proposal. Representative Burroughs made a motion to approve the audit. Representative Barker seconded. Motion carried.

11L – Reviewing Kansas's Procedures for Election Security. Senator Dennis Pyle spoke on behalf of his proposal. Representative Toplikar made a motion to approve the audit and give Senator Tyson and Senator Pyle 5 days to make modifications for the Chair's approval. Representative Barker seconded. Motion carried. Senator Ware opposed the motion and requested to have her vote recorded. Staff will work with Senator Tyson and Senator Pyle to craft the modifications to the proposal for future review and approval.

4L – Reviewing Community College Athletic Programs. Representative Barker made a motion to approve this audit. Senator Toplikar seconded. Motion carried.

1E – Reviewing Agencies' Implementation of Selected Performance Audit Recommendations. Representative Barker made a motion to approve this audit. Representative Toplikar seconded. Motion carried.

8L – Assessing the Impact of Permanent Work from Home Options. Representative Tory Marie Arnberger spoke on behalf of her proposal. Representative Williams made a motion to approve the audit. Representative Barker seconded. Motion carried.

13L – Evaluating Whether Services to Collect Child Support Payments in Kansas are Effective and Timely. Senator Tyson made a motion to approve this audit. Representative Burroughs seconded. Motion carried.

Once six topics were approved, Senator Thompson made a motion to have

staff prioritize audits 6L and 11L on the schedule. Representative Toplikar seconded. Motion carried.

**Additional Business**

**Date of next meeting** – Chris Clarke, Post Auditor, outlined the reports LPA will be ready to release at future meetings. She said she will work with Chairman Olson to schedule the next meeting sometime this summer.

**Adjournment**

The meeting adjourned at 12:48 p.m.

_____
Nicole Blanchett, Secretary                           date
Legislative Post Audit Committee

*All handouts and other documents referred to in these minutes are on file with Legislative Post Audit. Unless specifically noted, the individual remarks recorded herein have not been transcribed verbatim and have not been submitted to the individuals appearing before the committee for editing or corrections.*

3.