

https://www.semissourian.com/story/1295642.html

DISCLAIMER:

*You will need a subscription to review all of the stories relating to the individual named in this article. I have a subscription, so I decided to post this one.

*A statement was made in 2008 from his lawyers at Stinson LLP (in Kansas City, MO) wherein he was allowed to keep coaching once the NCAA investigation was finalized, however the school was stripped of certain titles during his time as a coach at Southeastern Missouri "SEMO" and the school was ultimately placed on probation.

# SEMO/NCAA investigation timeline

Thursday, December 6, 2007



Former women's coach B.J. Smith and former assistant coach Lisa Pace helped commemorate the 2005-06 Southeast Missouri State team that won the Ohio Valley Conference championship and the program's first trip to the NCAA tournament. The championship banners in the background were unveiled at the ceremony that took place last season. (Kit Doyle)

*Jan. 20, 2006 -- Southeast Missouri State University president Dr. Ken Dobbins asks the Ohio Valley Conference to conduct a review of the women's basketball program based on unspecified allegations of NCAA violations made by a former assistant women's basketball coach, according to a letter from Dobbins to OVC commissioner Dr. Jon Steinbrecher.

*Feb. 8, 2006 -- Dobbins makes a formal request of the OVC to investigate alleged violations. Shortly after the NCAA is contacted per standard policy of the OVC, the NCAA decides to investigate based on information it also has received.

* Feb. 10, 2006 -- Following a request from the Southeast Missourian for comment, Southeast Missouri State and the Ohio Valley Conference issue statements acknowledging that an investigation of the women's basketball program is taking place.

* March 4, 2006 -- The Southeast women's team, co-champions of the OVC during the regular season, beat Tennessee Tech 71-50 in the championship game of the conference tournament to earn the program's first title and first NCAA tournament appearance.

* March 18, 2006 -- Southeast falls to Stanford 72-45 in an NCAA tournament game in Denver.

* **April 12, 2006** -- Women's basketball coach B.J. Smith receives a three-year contract extension with a raise from $62,000 to $75,000 after a four-year period in which the program was 79-41 with its first conference title and two tourney runner-up finishes.

* **June 30, 2006** -- Southeast releases the findings of a preliminary report conducted by The Compliance Group on behalf of the OVC. The report finds several prospective and enrolled student-athletes received transportation arranged by a member of the basketball staff to airports, prospects were transported to campus by a student-athlete for official visits, the university provided a per diem during a holiday break when it was not appropriate, a prospect not yet enrolled received the use of a staff member's computer and transportation to move a used bed, prospects stayed in a house during the summer without paying the appropriate rent or not paying any rent and the coaching staff had inappropriate contact by observing summer workouts of prospective and enrolled students. The university imposed sanctions recommended in the report, including reducing the number of scholarships for 2006-07 from 15 to 12, reducing the number of recruiting days for 2006-07 from 85 to 80 and restricting Smith from off-campus recruiting activities during the July 2006 evaluation period to improve monitoring of summer activities. According to the news release, Southeast expected the NCAA enforcement staff to complete its investigation by August.

* **Aug. 26, 2006** -- Dobbins, impressed by the thoroughness and expediency of the NCAA review, tells the Southeast Missourian he is optimistic the university may hear something on its fate in September.

* **Oct. 11, 2006** -- Southeast was picked for fifth in the OVC preseason women's basketball poll.

* **Nov. 9, 2006** -- Two days before Southeast was to open its season at Tulsa, Smith is placed on paid personal leave by the university for undisclosed reasons. The terms of his leave say Smith may not have contact with the team in games or practices. John Ishee is named the acting head coach.

*  **Dec. 6, 2006** -- Smith's resignation, retroactive to Dec. 1, was announced in a joint statement by Smith and the university. The agreement pays Smith his base salary through May 31, 2007. According to a Southeast Missourian story, the disciplinary action against Smith taken the previous month centers around a "Coaching of Basketball" class that Smith instructed which met infrequently in the first few weeks of the semester.

* **Jan. 20, 2007** -- Smith returns to campus for the ceremony to raise the program's 2005-06 OVC championship banners.

* **Feb. 13, 2007** -- In response to a request from the Southeast Missourian, the university releases documents including a July 2004 memo from then-assistant AD for compliance Alicia Scott that said the women's basketball program was operating with disregard to university, NCAA, ethical and moral policies. The memo alleged a 2003 internal investigation of the program was undermined by a concerted effort.

n **March 3, 2007** -- Two days after Ishee was named the OVC coach of the year, the Redhawks capture a second straight OVC tournament title and NCAA berth.

* March 5, 2007 – Ishee is named head coach with a three-year deal.

* March 17, 2007 – Southeast falls 74-60 to Oklahoma in an NCAA tournament game in Austin, Texas.

* Aug. 10-12, 2007 – The NCAA Committee on Infractions reviews the report and accepts the findings but decides a review of penalties is necessary, according to a letter sent by a member of the committee to the university in September.

*Oct. 5-7, 2007 – The NCAA Committee on Infractions decides that further penalties against Southeast should include vacating the university's records from 2002-03 through 2005-06 and that the university's 2006 NCAA tournament appearance should be stricken. The committee informed the university in a letter dated Oct. 9 that the violations merited this action because they were serious and intentional, included direct involvement by a coach, were large in number and involved ineligible competition with a finding of a lack of institutional control.

*Nov. 8, 2007 – The university announces Dobbins, athletic director Don Kaverman, OVC commissioner Steinbrecher and Chuck Smrt from The Compliance Group intend to appear before the NCAA Committee on Infractions on Saturday to appeal the decision.

*Dec. 5, 2007 – Dobbins, after recently finding out the expedited appeal has been canceled with former coach Smith asking for a full hearing, sends a letter to the NCAA expressing his disappointment that the appeal has been pushed off until April or June of 2008. The university releases this correspondence as well as the letter from the NCAA Committee on Infractions disclosing the further penalties.