### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B.J. SMITH, BRADFORD ZINN, ) <br> and JERED ROSS, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HIGHLAND COMMUNITY ) <br> COLLEGE (HCC), THE BOARD OF ) <br> TRUSTEES FOR HCC, RUSSELL KARN, ) <br> DEBORAH FOX, and BRYAN DORREL, ) <br> ) <br> Defendants. ) | Case No. 22-CV-02048 |

COMES NOW Plaintiffs B.J. Smith, Bradford Zinn and Jered Ross, and Defendants Highland Community College ("HCC"), the Board of Trustees for HCC, Russell Karn, Deborah Fox and Bryan Dorrel, by and through their counsel of record, and move this Court for entry of the Revised Protective Order, attached hereto as Exhibit A and submitted to the Court's Chambers as of the date of this Motion.

Respectfully submitted.


*/s/      William C. Odle*
William C. Odle			KS#14235
The Odle Law Firm, LLC
6½ East First Street, Suite 2
Parkville, Missouri 64152
Phone: (816) 631-5220
Facsimile: (816) 631-5225
Email: wodle@odlelawfirm.com
ATTORNEY FOR PLAINTIFFS

*/s/      Sean M. Sturdivan*
Sean M. Sturdivan     KS Bar No. 21286
Tracy M. Hayes        KS Bar No. 23119
Kaitlin Marsh-Blake   KS Bar No. 26462
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: t.hayes@swrllp.com
Email: k.marsh-blake@swrllp.com
ATTORNEYS FOR DEFENDANTS