#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **B.J. SMITH, JERED ROSS AND BRADFORD ZINN**  )<br>)<br>PLAINTIFFS,  )<br>V.  )<br>)<br>**HIGHLAND COMMUNITY COLLEGE ("HCC"), THE BOARD OF TRUSTEES FOR HCC, RUSSELL KARN, DEBORAH FOX AND BRYAN DORREL,**  )<br>)<br>)<br>)<br>)<br>)<br>DEFENDANTS.  ) | **CASE NO. 2:22-CV-02048** |

#### AMENDED NOTICE OF VIDEO DEPOSITION

**TO:** All Parties

**WITNESS:** **Deborah Fox**

**DATE AND TIME:** **Monday, February 27, 2023, at 10:00 a.m. CST**

**LOCATION:** Sanders Warren Russell LLP
11225 College Blvd Suite 450
Overland Park, KS 66210

**COURT REPORTER:** Christopher Video & Reporting

PLEASE TAKE NOTICE that on the above date and time specified, we shall cause the deposition of **Deborah Fox** to be taken on oral examination and videotaped before a certified court reporter and a suitable notary public pursuant to, and for all the uses and purposes provided in, the Federal Rules of Civil Procedure. The oral examination will continue from day to day until completed.

Respectfully submitted,

**/s/ *William C. Odle*** 
William C. Odle KS #14235
The Odle Law Firm, LLC
6 ½ E. 1st Street, Suite 2
Parkville, MO 64152
(816) 631-5220
wodle@odlelawfirm.com


**/s/ *Michael A. Williams*** 
Michael A. Williams KS # 19124
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
mwilliams@williamsdirks.com
ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 25th day of January 2023, a certificate of service of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record for all parties in this cause.

I further certify that on this date the foregoing document was sent via electronic mail to:

Brent Christopher
Christopher Video & Reporting
Brent@ChristopherVideo.com

**/s/ *William C. Odle*** 
ATTORNEY FOR PLAINTIFFS

2