# Tracy M. Hayes

| | |
|---|---|
| **From:** | Emily Branch <emily@odlelawfirm.com> |
| **Sent:** | Thursday, January 12, 2023 12:00 AM |
| **To:** | Sean M. Sturdivan; Tracy M. Hayes; Kaitlin Marsh-Blake |
| **Cc:** | William Odle; Michael Williams; Carlos Flores; Kathy M. Bowen |
| **Subject:** | Plaintiffs' Expert |
| **Attachments:** | 20230111 Expert Report - Dan Beebe (with resume).pdf |

*BJ Smith et al v. HCC et al*

Counsel,

Plaintiffs' expert is Dan Beebe.  Attached please find his report.

Best Regards,

## Emily Branch, Paralegal

The Odle Law Firm, LLC
6 1/2 First Street, Suite 2
Parkville, Mo 64152
Voice/Text: 941-404-9204
http://www.odlelawfirm.com



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

