# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B.J. SMITH, JERED ROSS AND BRADFORD ZINN ) ) ) PLAINTIFFS, ) V. ) ) HIGHLAND COMMUNITY COLLEGE ("HCC"), THE BOARD OF TRUSTEES FOR HCC, RUSSELL KARN, DEBORAH FOX AND BRYAN DORREL, ) ) ) ) ) ) ) DEFENDANTS. ) | CASE NO. 2:22-CV-02048 |

## MOTION FOR RULE 37 SANCTIONS AGAINST DEFENDANTS FOR INTENTIONAL SPOLIATION OF ESI

COME NOW Plaintiffs, by and through undersigned counsel, and hereby move the Court to enter an Order pursuant to Fed., R. Civ. P. 37(e) sanctioning Defendants for intentional spoliation and fabrication of Electronically Stored Information ("ESI"). The digital record shows that, *after this suit was filed*, HCC deleted a substantial amount of content from its website while at the same time fabricating false and defamatory content aimed at Plaintiffs in blatant violation of Rule 37, for which Plaintiffs submit that the only appropriate sanction in this case is entry of judgment in Plaintiffs' favor.

Further and more specific grounds for this Motion are set forth in Plaintiffs' Supporting Suggestions, filed herewith.

Respectfully submitted,

/s/ *William C. Odle*
William C. Odle KS #14235
The Odle Law Firm, LLC
6 ½ E. 1st Street, Suite 2
Parkville, MO 64152
(816) 631-5220
wodle@odlelawfirm.com

and

/s/ *Michael A. Williams*
Michael A. Williams KS # 19124
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 945-7110
mwilliams@williamsdirks.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of February 2023, a certificate of service of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the attorneys of record for all parties in this cause.

/s/ *William C. Odle*
ATTORNEY FOR PLAINTIFFS