IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| B.J. SMITH, BRADFORD ZINN, and JERED ROSS, | ) ) ) | |
| | ) | Case No. 22-CV-02048 |
| Plaintiffs, | ) | |
| v. | ) ) | |
| HIGHLAND COMMUNITY COLLEGE (HCC), THE BOARD OF TRUSTEES FOR HCC, RUSSELL KARN, DEBORAH FOX, and BRYAN DORREL, | ) ) ) ) ) | |
| Defendants. | ) | |

## STATUS REPORT

Pursuant to the Court's prior Order [Doc. 146] the parties provide the following status report:

The Parties are still working on finalizing the settlement of this matter. Therefore, the Parties request an additional 30 days to file the stipulation of dismissal as to Defendants Highland Community College (HCC) and the Board of Trustees for HCC.

Respectfully submitted,

THE ODLE LAW FIRM, LLC

*/s/ William C. Odle*
William C. Odle       KS Bar No. 38571
6½ East First Street, Suite 2
Parkville, Missouri 64152
Phone: (816) 631-5220
Facsimile: (816) 631-5225
Email: wodle@odlelawfirm.com
***ATTORNEY FOR PLAINTIFF***

1

S<small>ANDERS</small> W<small>ARREN</small> & R<small>USSELL</small> LLP

*/s/ Sean M. Sturdivan*
Sean M. Sturdivan     KS Bar No. 21286
Tracy M. Hayes        KS Bar No. 23119
Kaitlin Marsh-Blake   KS Bar No. 26462
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: t.hayes@swrllp.com
Email: k.marsh-blake@swrllp.com
***ATTORNEYS FOR DEFENDANTS***