IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| B.J. SMITH, BRADFORD ZINN, and JERED ROSS, | ) ) ) |
| Plaintiffs, | ) Case No. 22-CV-02048 ) |
| v. | ) ) |
| HIGHLAND COMMUNITY COLLEGE (HCC), THE BOARD OF TRUSTEES FOR HCC, RUSSELL KARN, DEBORAH FOX, and BRYAN DORREL, | ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate that all claims by all Plaintiffs against all remaining Defendants are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted,

WILLIAMS DIRKS DAMERON LLC

*/s/ Michael A. Williams*
Michael A. Williams KS # 19124
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Email: mwilliams@williamsdirks.com

William C. Odle        KS Bar No. 38571
THE ODLE LAW FIRM, LLC
6½ East First Street, Suite 2
Parkville, Missouri 64152
Phone: (816) 631-5220
Facsimile: (816) 631-5225
Email: wodle@odlelawfirm.com
***ATTORNEYS FOR PLAINTIFF***

1

SANDERS WARREN & RUSSELL LLP

*/s/ Sean M. Sturdivan*
Sean M. Sturdivan      KS Bar No. 21286
Tracy M. Hayes         KS Bar No. 23119
Kaitlin Marsh-Blake    KS Bar No. 26462
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: t.hayes@swrllp.com
Email: k.marsh-blake@swrllp.com
***ATTORNEYS FOR DEFENDANTS***